# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Regina M. Reynolds            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-24510 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Magerick LLC and index same on the master mailing list.

                                   Respectfully submitted,

                                   /s/ **Brian C. Nicholas, Esq.**
                                   Brian Nicholas
                                   12 Dec 2023, 09:29:27, EST

                                   Brian C. Nicholas, Esq. (317240) ☑
                                   Denise Carlon, Esq. (317226) ☐
                                   KML Law Group, P.C.
                                   BNY Mellon Independence Center
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106
                                   412-430-3594
                                   bkgroup@kmllawgroup.com