**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 19-24510-GLT |
| | : | |
| **Regina M. Reynolds,** | : | CHAPTER 13 |
| Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| **Regina M. Reynolds,** | : | |
| Movant, | : | RELATED TO DOCKET NO.: 116 |
| | : | |
| vs. | : | |
| | : | |
| **United States Postal Service,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |
| | : | |

# **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: December 3, 2024            By: /s/ Caitlyn A. Campbell
                                         Caitlyn A. Campbell, PARALEGAL
                                         FOSTER LAW OFFICES
                                         1210 Park Avenue
                                         Meadville, PA 16335
                                         Tel 814.724.1165
                                         Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

# **MATRIX**

**UNITED STATES POSTAL SERVICE**
**ATTN: PAYROLL MANAGER**
**2825 LONE OAK PARKWAY**
**EAGAN, MN 55121**