Certificate Number: 03088-PAW-DE-039161439

Bankruptcy Case Number: 19-24510



03088-PAW-DE-039161439

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 16, 2024, at 12:58 o'clock PM CST, Regina Marie Reynolds completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   December 16, 2024            By:   /s/Doug Tonne

                                     Name: Doug Tonne

                                     Title: Counselor