| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **REGINA M. REYNOLDS** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **19-24510GLT** |

# Form 4100N
## Notice of Final Cure Payment                                          10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| **Name of creditor:** | LAND HOME FINANCIAL SERVICES INC A/S/F |
| **Court claim no.** (if known): | 13 |
| **Last 4 digits** of any number you use to identify the debtor's account | 2 8 2 2 |
| **Property Address:** | 603 OBERDICK DR<br>MCKEESPORT PA 15135 |

### Part 2: Cure Amount

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) $ | 533.97 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 533.97 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) $ | 533.97 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.
   Current monthly mortgage payment                                               $  $489.82
   The next postpetition payment is due on   1 / 1 / 2025
                                              MM / DD / YYYY

☒ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **REGINA M. REYNOLDS** | Case number *(if known)* | **19-24510GLT** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/ Ronda J. Winnecour
Signature

Date  01/02/2025

Trustee:  Ronda J. Winnecour

Address:
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219

Contact phone  (412) 471-5566        Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | REGINA M. REYNOLDS | Case number *(if known)* | 19-24510GLT |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 03/28/2023 | 1263121 | NATIONSTAR MORTGAGE LLC** | AMOUNTS DISBURSED TO CREDITOR | 533.97 |
| 05/01/2023 | | LAND HOME FINANCIAL SERVICES INC A/S | CREDITOR REFUND/PRINCIPLE | -533.97 |
| 05/25/2023 | 1268556 | LAND HOME FINANCIAL SERVICES INC A/S | AMOUNTS DISBURSED TO CREDITOR | 533.97 |
| | | | | 533.97 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 03/23/2020 | 1152354 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,508.83 |
| 04/27/2020 | 1155812 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 619.66 |
| 05/26/2020 | 1159208 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 402.44 |
| 06/26/2020 | 1162581 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 402.48 |
| 07/29/2020 | 1165777 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 402.50 |
| 08/25/2020 | 1168846 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 402.51 |
| 03/27/2023 | | NATIONSTAR MORTGAGE LLC** | REALLOCATION OF CONTINUING DEBT | 14,124.53 |
| 03/28/2023 | 1263121 | NATIONSTAR MORTGAGE LLC** | AMOUNTS DISBURSED TO CREDITOR | 2,379.77 |
| 04/25/2023 | 1265939 | NATIONSTAR MORTGAGE LLC** | AMOUNTS DISBURSED TO CREDITOR | 489.82 |
| 05/01/2023 | | LAND HOME FINANCIAL SERVICES INC A/S | CONTINUING DEBT REFUND | -2,379.77 |
| 05/12/2023 | | LAND HOME FINANCIAL SERVICES INC A/S | CONTINUING DEBT REFUND | -489.82 |
| 05/25/2023 | 1268556 | LAND HOME FINANCIAL SERVICES INC A/S | AMOUNTS DISBURSED TO CREDITOR | 3,359.41 |
| 06/26/2023 | 1271457 | LAND HOME FINANCIAL SERVICES INC A/S | AMOUNTS DISBURSED TO CREDITOR | 489.82 |
| 07/25/2023 | 1274234 | LAND HOME FINANCIAL SERVICES INC A/S | AMOUNTS DISBURSED TO CREDITOR | 405.29 |
| 08/25/2023 | 1277004 | LAND HOME FINANCIAL SERVICES INC A/S | AMOUNTS DISBURSED TO CREDITOR | 574.35 |
| 09/26/2023 | 1279762 | LAND HOME FINANCIAL SERVICES INC A/S | AMOUNTS DISBURSED TO CREDITOR | 489.82 |
| 10/25/2023 | 1282474 | LAND HOME FINANCIAL SERVICES INC A/S | AMOUNTS DISBURSED TO CREDITOR | 489.82 |
| 11/27/2023 | 1285159 | LAND HOME FINANCIAL SERVICES INC A/S | AMOUNTS DISBURSED TO CREDITOR | 489.82 |
| 12/21/2023 | 1287751 | LAND HOME FINANCIAL SERVICES INC A/S | AMOUNTS DISBURSED TO CREDITOR | 489.82 |
| 01/26/2024 | 1290423 | LAND HOME FINANCIAL SERVICES INC A/S | AMOUNTS DISBURSED TO CREDITOR | 489.82 |
| 02/26/2024 | 1293098 | LAND HOME FINANCIAL SERVICES INC A/S | AMOUNTS DISBURSED TO CREDITOR | 489.82 |
| 03/26/2024 | 1295738 | LAND HOME FINANCIAL SERVICES INC A/S | AMOUNTS DISBURSED TO CREDITOR | 489.82 |
| 04/25/2024 | 1298393 | LAND HOME FINANCIAL SERVICES INC A/S | AMOUNTS DISBURSED TO CREDITOR | 489.82 |
| 05/29/2024 | 1301096 | LAND HOME FINANCIAL SERVICES INC A/S | AMOUNTS DISBURSED TO CREDITOR | 489.82 |
| 06/25/2024 | 1303648 | LAND HOME FINANCIAL SERVICES INC A/S | AMOUNTS DISBURSED TO CREDITOR | 489.82 |
| 07/25/2024 | 1306233 | LAND HOME FINANCIAL SERVICES INC A/S | AMOUNTS DISBURSED TO CREDITOR | 489.82 |
| 08/26/2024 | 1308817 | LAND HOME FINANCIAL SERVICES INC A/S | AMOUNTS DISBURSED TO CREDITOR | 489.82 |
| 09/25/2024 | 1311393 | LAND HOME FINANCIAL SERVICES INC A/S | AMOUNTS DISBURSED TO CREDITOR | 489.82 |
| 10/25/2024 | 1313933 | LAND HOME FINANCIAL SERVICES INC A/S | AMOUNTS DISBURSED TO CREDITOR | 489.82 |
| 11/25/2024 | 1316499 | LAND HOME FINANCIAL SERVICES INC A/S | AMOUNTS DISBURSED TO CREDITOR | 489.82 |
| | | | | 30,039.12 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

REGINA M. REYNOLDS
603 OBERDICK DRIVE
MCKEESPORT, PA  15135

DANIEL P FOSTER ESQ**
FOSTER LAW OFFICES
1210 PARK AVE
MEADVILLE, PA  16335

LAND HOME FINANCIAL SERVICES INC A/S/F MAGERICK LLC
PO BOX 25164
SANTA ANA, CA  92799-5164

LAND HOME FINANCIAL SERVICES LLC
3611 SOUTH HARBOR BLVD STE 100
SANTA ANA, CA  92704

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


1/2/25                                              /s/ Roberta Saunier
                                                    Administrative Assistant
                                                    Office of the Chapter 13 Trustee