Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Regina M. Reynolds** : | Case No. 19−24510−GLT |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | |
| v. : | Related to Document No. 124 |
| **No Respondents** : | |
| *Respondent(s).* : | Hearing Date: 3/26/25 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this ***The 28th of January, 2025***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 124 by the Chapter 13 Trustee,

It is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

(1) ***On or before March 14, 2025***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on ***March 26, 2025 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-24510-GLT

Regina M. Reynolds  Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　　　　　　Page 1 of 4
Date Rcvd: Jan 28, 2025　　　　　　　　　　　Form ID: 604　　　　　　　　　　　　　　　　　Total Noticed: 60

The following symbols are used throughout this certificate:
**Symbol**　　**Definition**

\+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^　　　　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Regina M. Reynolds, 603 Oberdick Drive, McKeesport, PA 15135-2221 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 29 2025 02:14:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 29 2025 02:14:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 029119 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 29 2025 01:16:44 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 3415 Vision Drive, Columbus, OH 43219 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2025 00:48:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15177550 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 29 2025 02:14:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15282541 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 29 2025 02:14:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 15160610 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 29 2025 01:16:18 | Affirm Inc, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15166375 | ^ | MEBN | Jan 29 2025 00:06:46 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15160611 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 29 2025 02:14:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15205417 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 29 2025 02:14:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 15160612 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2025 00:50:09 | Best Buy / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15160616 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 29 2025 02:14:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 15166974 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 29 2025 02:14:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 15160613 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 29 2025 00:49:45 | Capital One / Cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 15169448 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 29 2025 00:48:30 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2025 | Form ID: 604 | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| | | | | 28272-1083 |
| 15182104 | | Email/PDF: bncnotices@becket-lee.com | Jan 29 2025 00:48:34 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15160614 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2025 00:49:47 | Citibank Na, Po Box 6181, Sioux Falls, SD 57117-6181 |
| 15188231 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2025 01:01:29 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15160615 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2025 01:00:36 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15160617 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 29 2025 02:14:00 | Citizens Bank, 1000 Lafayette Boulevard, Bridgeport, CT 06604-4725 |
| 15160618 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2025 02:14:00 | Comenity Bank / Chadwicks, Po Box 182789, Columbus, OH 43218-2789 |
| 15160619 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2025 02:14:00 | Comenity Bank / Kay's, Po Box 182789, Columbus, OH 43218-2789 |
| 15160620 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2025 02:14:00 | Comenity Bank / Venus, Po Box 182789, Columbus, OH 43218-2789 |
| 15160621 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2025 02:14:00 | Comenity Capital Bank / Overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 15302551 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 29 2025 02:14:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15160622 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 29 2025 00:49:37 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15160623 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2025 01:17:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15195668 | + | Email/Text: Bankruptcy@keystonecollects.com | Jan 29 2025 02:14:00 | Elizabeth Forward School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15195670 | + | Email/Text: Bankruptcy@keystonecollects.com | Jan 29 2025 02:14:00 | Elizabeth Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15160624 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 29 2025 02:14:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15160625 | + | Email/Text: bankruptcy@huntington.com | Jan 29 2025 02:15:00 | Huntington National Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 15188056 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 29 2025 02:15:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15160626 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 29 2025 00:49:32 | JPMorgan Chase Bank, 700 Kansas Lane, Monroe, LA 71203 |
| 15160627 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 29 2025 00:49:03 | JPMorgan Chase Bank Card, Po Box 15298, Wilmington, DE 19850 |
| 15187676 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 29 2025 00:48:44 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 15178131 | + | Email/Text: RASEBN@raslg.com | Jan 29 2025 02:14:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15160628 | + | Email/Text: BKRMailOPS@weltman.com | Jan 29 2025 02:14:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15166376 | + | Email/Text: Bankruptcy@keystonecollects.com | Jan 29 2025 02:14:00 | Keystone Collections Group, PO Box 499, Irwin, PA 15642-0499 |
| 15160629 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2025 | Form ID: 604 | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 29 2025 02:14:00 | Kohls / Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15184914 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2025 00:49:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15596123 | ^ | MEBN | Jan 29 2025 00:06:54 | Land Home Financial Services, Inc. as servicer, 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |
| 15507747 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 29 2025 02:14:00 | Nationstar Mortgage LLC, c/o RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 15178047 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2025 00:49:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15187138 | | Email/Text: bnc-quantum@quantum3group.com | Jan 29 2025 02:15:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15160630 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2025 00:49:10 | Sears / Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15160631 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2025 00:50:04 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15160632 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2025 00:48:28 | Syncb / American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15160633 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2025 00:49:36 | Syncb / Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15160634 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2025 01:00:27 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15160635 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2025 00:48:42 | Syncb / Levin, Po Box 965036, Orlando, FL 32896-5036 |
| 15160636 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2025 00:48:40 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15160637 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2025 01:00:51 | Syncb / Qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 15160638 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 29 2025 00:50:11 | Syncb / Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15161149 | ^ | MEBN | Jan 29 2025 00:07:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15191138 | + | Email/Text: bncmail@w-legal.com | Jan 29 2025 02:15:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15160639 | + | Email/Text: bncmail@w-legal.com | Jan 29 2025 02:14:00 | Td Bank Usa / Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 15160640 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2025 00:48:38 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15160641 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 29 2025 02:15:00 | Us Bank, PO Box 108, Saint Louis, MO 63166 |
| 15182374 | | Email/PDF: ebn_ais@aisinfo.com | Jan 29 2025 00:48:36 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 59

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jan 28, 2025 | Form ID: 604 | Total Noticed: 60 |

| | | |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Land Home Financial Services, Inc., as servicer fo |
| cr | | Nationstar Mortgage LLC |
| cr | *+ | ACAR Leasing LTD dba GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2025               Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:

**Name**          **Email Address**

Bernadette Irace
on behalf of Creditor Nationstar Mortgage LLC birace@moodklaw.com  bkecf@milsteadlaw.com

Christopher A. DeNardo
on behalf of Creditor Community Loan Servicing  LLC logsecf@logs.com

Daniel P. Foster
on behalf of Debtor Regina M. Reynolds dan@mrdebtbuster.com
katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
on behalf of Creditor Land Home Financial Services  Inc., as servicer for Magerick LLC dcarlon@kmllawgroup.com

Kevin Scott Frankel
on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com

Michael John Clark
on behalf of Creditor Bayview Loan Servicing  LLC mclark@pincuslaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Roger Fay
on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net  bkecf@milsteadlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

William E. Craig
on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10