**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| REGINA M. REYNOLDS | Case No.:19-24510 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 28, 2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/20/2019 and confirmed on 2/12/20 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 59,062.50 |
| Less Refunds to Debtor | 732.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 58,330.50 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 3,003.42 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,003.42 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CITIZENS BANK NA | 0.00 | 8,899.43 | 0.00 | 8,899.43 |
|     Acct: 6876 | | | | |
|   LAND HOME FINANCIAL SERVICES INC A/ | 0.00 | 30,039.12 | 0.00 | 30,039.12 |
|     Acct: 2822 | | | | |
|   LAND HOME FINANCIAL SERVICES INC A/ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2822 | | | | |
|   LAND HOME FINANCIAL SERVICES INC A/ | 533.97 | 533.97 | 0.00 | 533.97 |
|     Acct: 2822 | | | | |
|   ELIZABETH TOWNSHIP (RE) | 1,741.01 | 1,741.01 | 331.17 | 2,072.18 |
|     Acct: 5834 | | | | |
| | | | | 41,544.70 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REGINA M. REYNOLDS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REGINA M. REYNOLDS | 450.00 | 450.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REGINA M. REYNOLDS | 282.00 | 282.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ACAR LEASING LTD D/B/A GM FINANCIAL | 5,786.16 | 5,786.16 | 0.00 | 5,786.16 |
|     Acct: 9766 | | | | |
|   ELIZABETH FORWARD SD (ELIZABETH TV | 485.00 | 485.00 | 0.00 | 485.00 |
|     Acct: 5834 | | | | |
|   ELIZABETH TOWNSHIP (EIT) | 485.00 | 485.00 | 0.00 | 485.00 |
|     Acct: 5834 | | | | |
| | | | | 6,756.16 |
| **Unsecured** | | | | |
|   AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 39ZX | | | | |
|   ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1248 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 6,236.50 | 1,312.85 | 0.00 | 1,312.85 |
| Acct: 3497 | | | | |
|   CITIBANK NA** | 792.58 | 166.84 | 0.00 | 166.84 |
| Acct: 6310 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 270.79 | 57.01 | 0.00 | 57.01 |
| Acct: 1373 | | | | |
|   CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2391 | | | | |
|   LVNV FUNDING LLC | 1,046.31 | 220.26 | 0.00 | 220.26 |
| Acct: 6440 | | | | |
|   CITIZENS BANK NA | 5,430.16 | 1,143.11 | 0.00 | 1,143.11 |
| Acct: 3265 | | | | |
|   CITIZENS BANK NA | 4,928.67 | 1,037.53 | 0.00 | 1,037.53 |
| Acct: 4697 | | | | |
|   CITIZENS BANK NA | 4,098.18 | 862.71 | 0.00 | 862.71 |
| Acct: 7446 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 274.59 | 57.81 | 0.00 | 57.81 |
| Acct: 3492 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CHA | 1,630.00 | 343.13 | 0.00 | 343.13 |
| Acct: 8350 | | | | |
|   CAPITAL ONE NA** | 35.48 | 7.47 | 0.00 | 7.47 |
| Acct: 8073 | | | | |
|   CITIBANK NA** | 2,982.79 | 627.91 | 0.00 | 627.91 |
| Acct: 4737 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 451.67 | 95.09 | 0.00 | 95.09 |
| Acct: 3291 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 965.00 | 203.14 | 0.00 | 203.14 |
| Acct: 6079 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERICA | 1,113.17 | 234.33 | 0.00 | 234.33 |
| Acct: 0427 | | | | |
|   TD BANK USA NA** | 821.78 | 172.99 | 0.00 | 172.99 |
| Acct: 7849 | | | | |
|   CITIBANK NA** | 480.42 | 101.14 | 0.00 | 101.14 |
| Acct: 6281 | | | | |
|   US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1621 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE AS | 77.92 | 16.40 | 0.00 | 16.40 |
| Acct: 0001 | | | | |
|   ELIZABETH FORWARD SD (ELIZABETH TV | 870.51 | 183.25 | 0.00 | 183.25 |
| Acct: 5834 | | | | |
|   ELIZABETH TOWNSHIP (EIT) | 870.50 | 183.25 | 0.00 | 183.25 |
| Acct: 5834 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3291 | | | | |
|   LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   ACAR LEASING LTD D/B/A GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   WILLIAM CRAIG ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   MILSTEAD & ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 7,026.22 |

TOTAL PAID TO CREDITORS                                                                 55,327.08

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 6,756.16 |
| SECURED | 2,274.98 |
| UNSECURED | 33,377.02 |

Date: 01/28/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
REGINA M. REYNOLDS

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-24510

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24510-GLT |
| Regina M. Reynolds | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 28, 2025 | Form ID: pdf900 | Total Noticed: 60 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Regina M. Reynolds, 603 Oberdick Drive, McKeesport, PA 15135-2221 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 29 2025 02:14:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 29 2025 02:14:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 029119 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 29 2025 00:49:40 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 3415 Vision Drive, Columbus, OH 43219 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2025 00:49:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15177550 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 29 2025 02:14:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15282541 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 29 2025 02:14:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 15160610 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 29 2025 00:49:14 | Affirm Inc, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15166375 | ^ | MEBN | Jan 29 2025 00:06:47 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15160611 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 29 2025 02:14:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15205417 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 29 2025 02:14:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 15160612 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2025 00:48:34 | Best Buy / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15160616 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 29 2025 02:14:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 15166974 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 29 2025 02:14:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 15160613 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 29 2025 01:39:59 | Capital One / Cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 15169448 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 29 2025 00:50:06 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2025 | Form ID: pdf900 | Total Noticed: 60 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 28272-1083 |
| 15182104 | | Email/PDF: bncnotices@becket-lee.com | Jan 29 2025 00:49:06 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15160614 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2025 01:01:35 | Citibank Na, Po Box 6181, Sioux Falls, SD 57117-6181 |
| 15188231 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2025 00:49:50 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15160615 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2025 00:48:35 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15160617 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 29 2025 02:14:00 | Citizens Bank, 1000 Lafayette Boulevard, Bridgeport, CT 06604-4725 |
| 15160618 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2025 02:14:00 | Comenity Bank / Chadwicks, Po Box 182789, Columbus, OH 43218-2789 |
| 15160619 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2025 02:14:00 | Comenity Bank / Kay's, Po Box 182789, Columbus, OH 43218-2789 |
| 15160620 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2025 02:14:00 | Comenity Bank / Venus, Po Box 182789, Columbus, OH 43218-2789 |
| 15160621 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2025 02:14:00 | Comenity Capital Bank / Overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 15302551 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 29 2025 02:14:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15160622 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 29 2025 00:48:29 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15160623 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2025 00:49:07 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15195668 | + | Email/Text: Bankruptcy@keystonecollects.com | Jan 29 2025 02:14:00 | Elizabeth Forward School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15195670 | + | Email/Text: Bankruptcy@keystonecollects.com | Jan 29 2025 02:14:00 | Elizabeth Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15160624 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 29 2025 02:14:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15160625 | + | Email/Text: bankruptcy@huntington.com | Jan 29 2025 02:15:00 | Huntington National Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 15188056 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 29 2025 02:15:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15160626 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 29 2025 00:49:35 | JPMorgan Chase Bank, 700 Kansas Lane, Monroe, LA 71203 |
| 15160627 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 29 2025 00:49:33 | JPMorgan Chase Bank Card, Po Box 15298, Wilmington, DE 19850 |
| 15187676 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 29 2025 01:00:33 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 15178131 | + | Email/Text: RASEBN@raslg.com | Jan 29 2025 02:14:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15160628 | + | Email/Text: BKRMailOPS@weltman.com | Jan 29 2025 02:14:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15166376 | + | Email/Text: Bankruptcy@keystonecollects.com | Jan 29 2025 02:14:00 | Keystone Collections Group, PO Box 499, Irwin, PA 15642-0499 |
| 15160629 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2025 | Form ID: pdf900 | Total Noticed: 60 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 29 2025 02:14:00 | Kohls / Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15184914 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2025 00:48:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15596123 | ^ | MEBN | Jan 29 2025 00:06:54 | Land Home Financial Services, Inc. as servicer, 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |
| 15507747 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 29 2025 02:14:00 | Nationstar Mortgage LLC, c/o RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 15178047 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2025 01:27:48 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15187138 | | Email/Text: bnc-quantum@quantum3group.com | Jan 29 2025 02:15:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15160630 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2025 01:01:33 | Sears / Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15160631 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2025 00:49:02 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15160632 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2025 01:00:49 | Syncb / American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15160633 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2025 02:27:56 | Syncb / Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15160634 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2025 00:48:42 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15160635 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2025 00:48:43 | Syncb / Levin, Po Box 965036, Orlando, FL 32896-5036 |
| 15160636 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2025 02:28:01 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15160637 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2025 00:48:28 | Syncb / Qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 15160638 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 29 2025 00:48:29 | Syncb / Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15161149 | ^ | MEBN | Jan 29 2025 00:07:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15191138 | + | Email/Text: bncmail@w-legal.com | Jan 29 2025 02:15:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15160639 | + | Email/Text: bncmail@w-legal.com | Jan 29 2025 02:14:00 | Td Bank Usa / Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 15160640 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2025 02:03:47 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15160641 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 29 2025 02:15:00 | Us Bank, PO Box 108, Saint Louis, MO 63166 |
| 15182374 | | Email/PDF: ebn_ais@aisinfo.com | Jan 29 2025 00:48:32 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 59

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC |

| | | |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Land Home Financial Services, Inc., as servicer fo |
| cr | | Nationstar Mortgage LLC |
| cr | *+ | ACAR Leasing LTD dba GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Bernadette Irace | on behalf of Creditor Nationstar Mortgage LLC birace@moodklaw.com  bkecf@milsteadlaw.com |
| Christopher A. DeNardo | on behalf of Creditor Community Loan Servicing  LLC logsecf@logs.com |
| Daniel P. Foster | on behalf of Debtor Regina M. Reynolds dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Land Home Financial Services  Inc., as servicer for Magerick LLC dcarlon@kmllawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com |
| Michael John Clark | on behalf of Creditor Bayview Loan Servicing  LLC mclark@pincuslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net  bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 10