UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  REGINA M. REYNOLDS<br>Debtor | Bankruptcy No.: 19-24510 GLT<br>Chapter: 13 |
| Movant  LAND HOME FINANCIAL SERVICES INC AS SERVICER FOR MAGERICK LLC<br>v.<br><br>No Respondent | Doccument No. |

## CERTIFICATION OF SERVICE

I,     KAREN LEONE-RULLIS          :

☐ represent the _____ in this matter.

☒ am the secretary/paralegal for Fein, Such, Kahn & Shepard, PC, who represents the Secured Creditor,  LAND HOME FINANCIAL SERVICES INC AS SERVICER FOR MAGERICK LLC in this matter.

☐ am the _____ in the above case and am representing myself.

On     FEBRUARY 27TH, 2025    , this office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below:

a.  NOTICE OF ADDRESS CHANGE

I hereby certify that copies of NOTICE OF ADDRESS CHANGE was served by ECF notice (electronically) upon:

| **SERVICE BY ECF NOTIFICATION:** | **SERVICE BY USPS MAIL:** |
|---|---|
| **Debtor's Counsel:**<br>Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335<br><br>**Trustee**<br>Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br><br>**US Trustee:**<br>Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222 | **Debtor:**<br>Regina M. Reynolds<br>603 Oberdick Drive<br>McKeesport, PA 15135 |

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: February 27, 2025

/S/ KAREN LEONE-RULLIS
Name: KAREN LEONE-RULLIS
Title:  Legal Assistant/Paralegal