| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Regina M. Reynolds<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5834<br>EIN    \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    \_ \_ \_ \_<br>EIN    \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:    19–24510–GLT | | |

## Order of Discharge                                                                                             12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Regina M. Reynolds

   <u>3/17/25</u>                                                   **By the court:** <u>Gregory L Taddonio</u>
                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
      obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
      in 11 U.S.C. §§ 507(a)(8)( C),
      523(a)(1)(B), or 523(a)(1)(C) to the
      extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24510-GLT |
| Regina M. Reynolds | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Mar 17, 2025 | Form ID: 3180W | Total Noticed: 62 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Regina M. Reynolds, 603 Oberdick Drive, McKeesport, PA 15135-2221 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 18 2025 04:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 18 2025 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 18 2025 04:14:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 18 2025 00:34:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | Mar 18 2025 04:14:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 18 2025 00:33:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 029119 |
| cr | + | EDI: JPMORGANCHASE | Mar 18 2025 04:14:00 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 3415 Vision Drive, Columbus, OH 43219-6009 |
| cr | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 18 2025 00:38:34 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 3415 Vision Drive, Columbus, OH 43219-6009 |
| cr | + | EDI: PRA.COM | Mar 18 2025 04:14:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15177550 | + | EDI: PHINAMERI.COM | Mar 18 2025 04:14:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15282541 | + | EDI: PHINAMERI.COM | Mar 18 2025 04:14:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 15160610 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 18 2025 01:04:39 | Affirm Inc, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15166375 | ^ | MEBN | Mar 18 2025 00:19:08 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15160611 | + | EDI: TSYS2 | | |

Case 19-24510-GLT   Doc 134   Filed 03/19/25   Entered 03/20/25 00:29:43   Desc
Imaged Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 17, 2025 | Form ID: 3180W | Total Noticed: 62 |

| | | | |
|---|---|---|---|
| 15205417 | + EDI: LCIBAYLN | Mar 18 2025 04:14:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15160612 | + EDI: CITICORP | Mar 18 2025 04:14:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 15160616 | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 18 2025 04:14:00 | Best Buy / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15166974 | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 18 2025 00:33:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 15160613 | + EDI: CAPITALONE.COM | Mar 18 2025 00:33:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 15160613 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 18 2025 04:14:00 | Capital One / Cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 15169448 | EDI: CAPITALONE.COM | Mar 18 2025 01:04:39 | Capital One / Cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 15169448 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 18 2025 04:14:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15182104 | Email/PDF: bncnotices@becket-lee.com | Mar 18 2025 01:03:51 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15160614 | + EDI: CITICORP | Mar 18 2025 01:04:41 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15188231 | EDI: CITICORP | Mar 18 2025 04:14:00 | Citibank Na, Po Box 6181, Sioux Falls, SD 57117-6181 |
| 15160615 | + EDI: CITICORP | Mar 18 2025 04:14:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15160617 | + Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 18 2025 04:14:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15160618 | + EDI: WFNNB.COM | Mar 18 2025 00:33:00 | Citizens Bank, 1000 Lafayette Boulevard, Bridgeport, CT 06604-4725 |
| 15160619 | + EDI: WFNNB.COM | Mar 18 2025 04:14:00 | Comenity Bank / Chadwicks, Po Box 182789, Columbus, OH 43218-2789 |
| 15160620 | + EDI: WFNNB.COM | Mar 18 2025 04:14:00 | Comenity Bank / Kay's, Po Box 182789, Columbus, OH 43218-2789 |
| 15160621 | + EDI: WFNNB.COM | Mar 18 2025 04:14:00 | Comenity Bank / Venus, Po Box 182789, Columbus, OH 43218-2789 |
| 15302551 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 18 2025 04:14:00 | Comenity Capital Bank / Overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 15160622 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 18 2025 00:33:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15160623 | EDI: CITICORP | Mar 18 2025 00:36:36 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15195668 | + Email/Text: Bankruptcy@keystonecollects.com | Mar 18 2025 04:14:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15195670 | + Email/Text: Bankruptcy@keystonecollects.com | Mar 18 2025 00:34:00 | Elizabeth Forward School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15160624 | + EDI: PHINAMERI.COM | Mar 18 2025 00:34:00 | Elizabeth Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| | | Mar 18 2025 04:14:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |

Case 19-24510-GLT   Doc 134   Filed 03/19/25   Entered 03/20/25 00:29:43   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Mar 17, 2025 | Form ID: 3180W | Total Noticed: 62 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15160625 | + | Email/Text: bankruptcy@huntington.com | Mar 18 2025 00:34:00 | Huntington National Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 15188056 | | EDI: JEFFERSONCAP.COM | Mar 18 2025 04:14:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15160626 | + | EDI: JPMORGANCHASE | Mar 18 2025 04:14:00 | JPMorgan Chase Bank, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15160626 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 18 2025 01:04:44 | JPMorgan Chase Bank, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15160627 | + | EDI: JPMORGANCHASE | Mar 18 2025 04:14:00 | JPMorgan Chase Bank Card, Po Box 15298, Wilmington, DE 19850-5298 |
| 15160627 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 18 2025 00:37:03 | JPMorgan Chase Bank Card, Po Box 15298, Wilmington, DE 19850-5298 |
| 15178131 | + | Email/Text: RASEBN@raslg.com | Mar 18 2025 00:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15187676 | | EDI: JPMORGANCHASE | Mar 18 2025 04:14:00 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 15187676 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 18 2025 01:04:38 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 15160628 | + | Email/Text: BKRMailOPS@weltman.com | Mar 18 2025 00:34:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15166376 | + | Email/Text: Bankruptcy@keystonecollects.com | Mar 18 2025 00:34:00 | Keystone Collections Group, PO Box 499, Irwin, PA 15642-0499 |
| 15160629 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 18 2025 00:33:00 | Kohls / Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15184914 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2025 00:36:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15596123 | ^ | MEBN | Mar 18 2025 00:19:17 | Land Home Financial Services, Inc. as servicer, 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |
| 15507747 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 18 2025 00:33:00 | Nationstar Mortgage LLC, c/o RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 15178047 | | EDI: PRA.COM | Mar 18 2025 04:14:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15187138 | | EDI: Q3G.COM | Mar 18 2025 04:14:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15160630 | + | EDI: CITICORP | Mar 18 2025 04:14:00 | Sears / Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15160631 | + | EDI: SYNC | Mar 18 2025 04:14:00 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15160631 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2025 01:03:48 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15160632 | + | EDI: SYNC | Mar 18 2025 04:14:00 | Syncb / American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15160632 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2025 00:36:35 | Syncb / American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15160633 | + | EDI: SYNC | Mar 18 2025 04:14:00 | Syncb / Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15160633 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 18 2025 01:04:09 | Syncb / Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15160634 | + | EDI: SYNC | Mar 18 2025 04:14:00 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15160634 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2025 00:36:36 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15160635 | + | EDI: SYNC | Mar 18 2025 04:14:00 | Syncb / Levin, Po Box 965036, Orlando, FL 32896-5036 |
| 15160635 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2025 00:36:42 | Syncb / Levin, Po Box 965036, Orlando, FL 32896-5036 |
| 15160636 | + | EDI: SYNC | Mar 18 2025 04:14:00 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15160636 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2025 00:38:12 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15160637 | + | EDI: SYNC | Mar 18 2025 04:14:00 | Syncb / Qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 15160637 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2025 02:07:53 | Syncb / Qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 15160638 | + | EDI: CAPITALONE.COM | Mar 18 2025 04:14:00 | Syncb / Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15160638 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 18 2025 01:04:35 | Syncb / Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15161149 | ^ | MEBN | Mar 18 2025 00:19:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15191138 | + | Email/Text: bncmail@w-legal.com | Mar 18 2025 00:34:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15160639 | + | EDI: WTRRNBANK.COM | Mar 18 2025 04:14:00 | Td Bank Usa / Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 15160640 | + | EDI: CITICORP | Mar 18 2025 04:14:00 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15160641 | | EDI: USBANKARS.COM | Mar 18 2025 04:14:00 | Us Bank, PO Box 108, Saint Louis, MO 63166 |
| 15182374 | | EDI: AIS.COM | Mar 18 2025 04:14:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15182374 | | Email/PDF: ebn_ais@aisinfo.com | Mar 18 2025 01:03:56 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 78

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC |
| cr | | Land Home Financial Services, Inc., as servicer fo |
| cr | | Land Home Financial Services, Inc., as servicer fo, FEIN, SUCH, KAHN & SHEPARD, P.C. |
| cr | | Nationstar Mortgage LLC |
| cr | *+ | ACAR Leasing LTD dba GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2025                    Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2025 at the address(es) listed below:**

**Name**  **Email Address**

Bernadette Irace
  on behalf of Creditor Nationstar Mortgage LLC birace@moodklaw.com  bkecf@milsteadlaw.com

Christopher A. DeNardo
  on behalf of Creditor Community Loan Servicing  LLC logsecf@logs.com

Daniel P. Foster
  on behalf of Debtor Regina M. Reynolds dan@mrdebtbuster.com
  katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
  on behalf of Creditor Land Home Financial Services  Inc., as servicer for Magerick LLC dcarlon@kmllawgroup.com

Kevin Scott Frankel
  on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com

Michael John Clark
  on behalf of Creditor Bayview Loan Servicing  LLC mclark@pincuslaw.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Roger Fay
  on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net  bkecf@milsteadlaw.com

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

Tammy Benoza
  on behalf of Creditor Land Home Financial Services  Inc., as servicer for Magerick LLC bankruptcy@fskslaw.com

William E. Craig
  on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com
  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 11