FILED
3/17/25 11:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
REGINA M. REYNOLDS

　　　　Debtor(s)

Ronda J. Winnecour
　　　　Movant
　　　vs.
No Repondents.

Case No.:19-24510

Chapter 13

Related to Docket No. 124

## ORDER OF COURT

AND NOW, this 17th Day of March, 2025, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

# ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24510-GLT |
| Regina M. Reynolds | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 17, 2025 | Form ID: pdf900 | Total Noticed: 60 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Regina M. Reynolds, 603 Oberdick Drive, McKeesport, PA 15135-2221 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 18 2025 00:34:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 18 2025 00:33:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 029119 |
| cr | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 18 2025 00:37:10 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 3415 Vision Drive, Columbus, OH 43219-6009 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2025 00:37:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15177550 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 18 2025 00:34:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15282541 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 18 2025 00:34:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 15160610 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 18 2025 01:44:12 | Affirm Inc, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15166375 | ^ | MEBN | Mar 18 2025 00:19:09 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15160611 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 18 2025 00:34:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15205417 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 18 2025 00:33:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 15160612 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2025 00:38:35 | Best Buy / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15160616 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 18 2025 00:33:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 15166974 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 18 2025 00:33:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 15160613 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 18 2025 00:38:29 | Capital One / Cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 15169448 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 18 2025 01:04:03 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 17, 2025 | Form ID: pdf900 | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| | | | | 28272-1083 |
| 15182104 | | Email/PDF: bncnotices@becket-lee.com | Mar 18 2025 01:04:43 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15160614 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2025 02:07:53 | Citibank Na, Po Box 6181, Sioux Falls, SD 57117-6181 |
| 15188231 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2025 00:38:45 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15160615 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2025 01:04:43 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15160617 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 18 2025 00:33:00 | Citizens Bank, 1000 Lafayette Boulevard, Bridgeport, CT 06604-4725 |
| 15160618 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 18 2025 00:34:00 | Comenity Bank / Chadwicks, Po Box 182789, Columbus, OH 43218-2789 |
| 15160619 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 18 2025 00:34:00 | Comenity Bank / Kay's, Po Box 182789, Columbus, OH 43218-2789 |
| 15160620 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 18 2025 00:34:00 | Comenity Bank / Venus, Po Box 182789, Columbus, OH 43218-2789 |
| 15160621 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 18 2025 00:34:00 | Comenity Capital Bank / Overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 15302551 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 18 2025 00:33:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15160622 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 18 2025 01:03:52 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15160623 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2025 00:38:36 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15195668 | + | Email/Text: Bankruptcy@keystonecollects.com | Mar 18 2025 00:34:00 | Elizabeth Forward School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15195670 | + | Email/Text: Bankruptcy@keystonecollects.com | Mar 18 2025 00:34:00 | Elizabeth Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15160624 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 18 2025 00:34:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15160625 | + | Email/Text: bankruptcy@huntington.com | Mar 18 2025 00:34:00 | Huntington National Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 15188056 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 18 2025 00:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15160626 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 18 2025 00:37:03 | JPMorgan Chase Bank, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15160627 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 18 2025 00:37:03 | JPMorgan Chase Bank Card, Po Box 15298, Wilmington, DE 19850-5298 |
| 15178131 | + | Email/Text: RASEBN@raslg.com | Mar 18 2025 00:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15187676 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 18 2025 01:18:51 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 15160628 | + | Email/Text: BKRMailOPS@weltman.com | Mar 18 2025 00:34:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15166376 | + | Email/Text: Bankruptcy@keystonecollects.com | Mar 18 2025 00:34:00 | Keystone Collections Group, PO Box 499, Irwin, PA 15642-0499 |
| 15160629 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

Case 19-24510-GLT   Doc 135   Filed 03/19/25   Entered 03/20/25 00:29:43   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 17, 2025 | Form ID: pdf900 | Total Noticed: 60 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 18 2025 00:33:00 | Kohls / Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15184914 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2025 01:04:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15596123 | ^ | MEBN | Mar 18 2025 00:19:17 | Land Home Financial Services, Inc. as servicer, 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |
| 15507747 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 18 2025 00:33:00 | Nationstar Mortgage LLC, c/o RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 15178047 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2025 00:37:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15187138 | | Email/Text: bnc-quantum@quantum3group.com | Mar 18 2025 00:34:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15160630 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2025 01:04:03 | Sears / Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15160631 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2025 01:03:46 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15160632 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2025 01:03:43 | Syncb / American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15160633 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2025 01:03:44 | Syncb / Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15160634 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2025 01:04:40 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15160635 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2025 01:03:43 | Syncb / Levin, Po Box 965036, Orlando, FL 32896-5036 |
| 15160636 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2025 01:04:40 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15160637 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2025 00:36:35 | Syncb / Qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 15160638 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 18 2025 01:04:31 | Syncb / Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15161149 | ^ | MEBN | Mar 18 2025 00:19:21 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15191138 | + | Email/Text: bncmail@w-legal.com | Mar 18 2025 00:34:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15160639 | + | Email/Text: bncmail@w-legal.com | Mar 18 2025 00:34:00 | Td Bank Usa / Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 15160640 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2025 01:18:52 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15160641 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 18 2025 00:34:00 | Us Bank, PO Box 108, Saint Louis, MO 63166 |
| 15182374 | | Email/PDF: ebn_ais@aisinfo.com | Mar 18 2025 01:56:50 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 59

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 17, 2025 | Form ID: pdf900 | Total Noticed: 60 |

| | | |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Land Home Financial Services, Inc., as servicer fo |
| cr | | Land Home Financial Services, Inc., as servicer fo, FEIN, SUCH, KAHN & SHEPARD, P.C. |
| cr | | Nationstar Mortgage LLC |
| cr | *+ | ACAR Leasing LTD dba GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bernadette Irace | on behalf of Creditor Nationstar Mortgage LLC birace@moodklaw.com  bkecf@milsteadlaw.com |
| Christopher A. DeNardo | on behalf of Creditor Community Loan Servicing  LLC logsecf@logs.com |
| Daniel P. Foster | on behalf of Debtor Regina M. Reynolds dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Land Home Financial Services  Inc., as servicer for Magerick LLC dcarlon@kmllawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com |
| Michael John Clark | on behalf of Creditor Bayview Loan Servicing  LLC mclark@pincuslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net  bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Tammy Benoza | on behalf of Creditor Land Home Financial Services  Inc., as servicer for Magerick LLC bankruptcy@fskslaw.com |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 11